IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION


M.S.L.,                                           Civ. No. 6:25-cv-01204-AA

              Petitioner,                   **ORDER**

      v.

DREW BOSTOCK, Seattle Field Office
Director, Immigration and Customs
Enforcement and Removal Operations
("ICE/ERO"); TODD LYONS, Acting
Director of Immigration and Customs
Enforcement ("ICE"); U.S. IMMIGRATION
AND CUSTOMS ENFORCEMENT;
KRISTI NOEM, Secretary of the
Department of Homeland Security ("DHS");
U.S. DEPARTMENT OF HOMELAND
SECURITY; PAMELA BONDI, Attorney
General of the United States,

              Respondents.

_____

AIKEN, District Judge.

      Petitioner, who is in the custody of the immigration authorities, has filed a

Petition for Writ of Habeas Corpus.  ECF No. 1.  On July 10, 2025, after the Petition

was filed, Respondents transferred Petitioner out of the District of Oregon to an

immigration detention facility in Tacoma, Washington. ECF No. 7. Respondents represented to the Court that the transfer was necessary because there were no detention facilities available in the District of Oregon. Petitioner has filed a Motion, ECF No. 8, seeking an order either directing that Petitioner be transferred back to the District of Oregon or, in the alternative, forbidding Respondents from transferring Petitioner from the Tacoma detention facility to another detention facility during the pendency of this matter.

On July 11, 2025, the Court issued in a minute order in which it ordered, among other things, that Respondents were not to transport Petitioner from the Tacoma detention facility. ECF No. 10. This written Order serves to further memorialize that direction.

Upon review of the Motion, ECF No. 8, the Court ORDERS that Respondents are not to transfer Petitioner to any detention facility other than the Tacoma detention facility during the pendency of the Petition.

It is so ORDERED and DATED this ____11th____ day of July 2025.


_/s/Ann Aiken_____
ANN AIKEN
United States District Judge

Page 2 – ORDER